**NOT FOR PUBLICATION WITHOUT THE
APPROVAL OF THE APPELLATE DIVISION**

This opinion shall not "constitute precedent or be binding upon any court." Although it is posted on the internet, this opinion is binding only on the parties in the case and its use in other cases is limited. R. 1:36-3.

SUPERIOR COURT OF NEW JERSEY
APPELLATE DIVISION
DOCKET NO. A-3841-19

IN THE MATTER OF THE
RE-ADOPTION OF
N.J.A.C. 8:33E BY THE
NEW JERSEY DEPARTMENT
OF HEALTH.

_____

Submitted January 18, 2022 – Decided January 25, 2022

Before Judges Fasciale and Firko.

On appeal from the New Jersey Department of Health.

Greenbaum, Rowe, Smith & Davis, LLP, attorneys for appellant (James A. Robertson, of counsel and on the briefs; John W. Kaveney, on the briefs).

Andrew J. Bruck, Acting Attorney General, attorney for respondent (Melissa H. Raksa, Assistant Attorney General, of counsel; Mark D. McNally, Deputy Attorney General, on the brief).

PER CURIAM

This appeal was initially scheduled for oral argument on January 18, 2022.

The court being advised by the parties that the issues in dispute have been

amicably resolved, the appeal is accordingly dismissed with prejudice and without costs to either party.

I hereby certify that the foregoing is a true copy of the original on file in my office.

CLERK OF THE APPELLATE DIVISION

A-3841-19